UNITED STATES (VIRGINIA & MARYLAND STEAM NAV. CO. v.). See Case No. 16,973.

## Case No. 16,626.
### UNITED STATES v. VIRGINIA BONDS.
[9 Pittsb. Leg. J. 377.]

District Court, N. D. New York. May 31, 1862.

CONFISCATION ACT OF 1861.

[The confiscation act of July 13, 1861 (12 Stat. 255), did not embrace choses in action, such as bonds, stocks, etc., or money.]

This was a seizure of $70,000 worth of Southern bonds, the property of Mr. Guthrie, stopping at the Fifth Avenue Hotel. The jury, by direction of the court, rendered a verdict restoring the property to the claimant, the judge (SMALLEY, District Judge) charging that the confiscation act of July 13, 1861 [12 Stat. 255] under which the [sixty-one] bonds were seized, was a revenue act, and covered only goods, chattels, wares, and merchandise, or such property as was properly cognizable under the revenue act; that it did not embrace choses in action, such as bonds, stocks, &c., nor any money.